EXHIBIT E






Exhibit E









Exhibit E



Exhibit E