UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**  'O'

| Case No. | 2:16-cv-06097-CAS(PLAx) | Date | September 16, 2016 |
|---|---|---|---|
| Title | ALBERT KIRAKOSIAN AND KIRAKO, LLC v. J&L SUNSET WHOLESALE & TOBACCO ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:      Attorneys Present for Defendants:

Not Present                            Not Present

**Proceedings:**   (IN CHAMBERS) - PLAINTIFF'S EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER, SEIZURE ORDER, AND PRELIMINARY INJUNCTION (Dkt. 8, filed September 14, 2016)

The Court is in receipt of plaintiffs' application requesting a temporary restraining order ("TRO"), a seizure order, and a preliminary injunction. Dkt. 8.

Plaintiffs have not demonstrated proof of personal service of the summons, complaint, or application on defendants. Plaintiffs have failed to show that the evidence weighs in favor of granting the extraordinary relief sought by plaintiffs before defendants have been properly served in this matter. See Fed. R. Civ. P. 65(b)(1). Plaintiffs also failed to apprise the courtroom deputy of the application for a TRO pursuant to Local Rule 77-1. Having reviewed plaintiffs' application, the Court concludes as follows.

**IT IS HEREBY ORDERED:**

(1)   Plaintiff's request for a temporary restraining order is **DENIED** without prejudice.

(2)   Plaintiff's request for an order of seizure is **DENIED** without prejudice

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | **CIVIL MINUTES - GENERAL** | | 'O' |
|---|---|---|---|
| Case No. | 2:16-cv-06097-CAS(PLAx) | Date | September 16, 2016 |
| Title | ALBERT KIRAKOSIAN AND KIRAKO, LLC v. J&L SUNSET WHOLESALE & TOBACCO ET AL. | | |

(3) Plaintiffs' request for a preliminary injunction is **DENIED** without prejudice, subject to being renewed on motion for preliminary injunction upon a showing that the proper service of process has been completed.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |