Joanna Ardalan (Bar No. 285384)
jardalan@onellp.com
**ONE LLP**
9301 Wilshire Blvd., Penthouse Suite
Beverly Hills, California 90210
Tel: (310) 437-8665; Fax: (310) 943-2085

Christopher Arledge (Bar No. 200767)
carledge@onellp.com
Vishwanath Kootala Mohan (Bar No. 313759)
vkmohan@onellp.com
**ONE LLP**
4000 MacArthur Boulevard
East Tower, Suite 500
Newport Beach, California 92660
Tel: 949.502.9996; Fax: 949.432.5081

Attorney for Plaintiffs
ALBERT KIRAKOSIAN and KIRACO, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT KIRAKOSIAN, an individual; KIRACO, LLC, a limited liability company,<br><br>        Plaintiffs,<br>  v.<br><br>J&L D SUNSET WHOLESALE & TOBACCO, a California corporation; J&L D SUNSET WHOLESALE & TOBACCO dba 7SG STARS GLASS; WHOLESALE PALACE, INC, a California corporation; JACK HAROUN, an individual; GLENOAKS HOUSE OF SMOKES, a California corporation; GLENDALE HOUSE OF SMOKES, a California corporation; LEVON VARDANYAN, an individual; PLANET TOBACCO, an unknown entity; HAYK'S SMOKE SHOP, a California corporation; THE HEAVY HITTER GROUP, INC, a California corporation; US BATTA, a California corporation; VATCHE KIWANIAN, an individual; MISSION WINE & SPIRITS, an unknown entity; ZAHRAH TOBACCO LLC dba ZAHRAH HOOKAH; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No.: 2:16-cv-06097-CAS-PLA<br><br>Judge: Hon. Christina A. Snyder<br><br>**[PROPOSED] JUDGMENT**<br><br>Original Complaint Filed: August 15, 2016 |

The evidence having been fully considered, the issues having been duly heard, and a decision having been duly rendered:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that a judgment is entered against Defendant J & L D Sunset Wholesale & Tobacco with respect to plaintiffs' claims for patent infringement, trademark infringement and trademark counterfeiting, false designation of origin, unfair competition, and injunctive relief.

1. Judgment shall be entered against Defendant J & L D Sunset Wholesale & Tobacco in the amount of $105,600.00, which is comprised of (a) $100,000 for statutory damages for Defendant's willful counterfeiting and (b) $5,600.00 in reasonable attorneys' fees.

2. Defendant J & L D Sunset Wholesale & Tobacco is ORDERED, as well as all of its agents, employees, officers, directors, owners, representatives, successor companies, related companies, and all persons acting in concert or participation with them and each of them refrain from:

> The import, export, making manufacture, reproduction, assembly, use, acquisition, purchase, offer, sale, transfer, brokerage, consignment, distribution, storage, shipment, licensing, development, display, delivery, marketing, advertising or promotion of the unauthorized and counterfeit Plaintiffs' product as identified in the complaint and any other unauthorized Plaintiffs' product or colorful imitation thereof.

3. Pursuant to 15 U.S.C. § 1116(a), Defendant J & L D Sunset Wholesale & Tobacco is ORDERED to file with the Court and serve on Plaintiff within thirty (30) days after issuance of this Order, a report in writing and under oath setting forth in detail the manner and form in which Defendant has complied with the injunction.

**IT IS SO ORDERED.**

DATED: September 19, 2017

*Christina A. Snyder*
_____
Hon. Christina A. Snyder
United States District Judge